**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**

Roberta Ann Skaggs

CHAPTER 13
CASE NO: 16-41249

Debtor

## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, Jan Hamilton, and hereby moves the Court for an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

Default in plan payments. Debtor is required to make her first plan payment to the Chapter 13 Trustee within 30 days of the filing of the case pursuant to 11 USC 1326. This payment was not made as required.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and for such other and further relief as the Court deems just and proper.

Dated : December 07, 2016

/s/ Jan Hamilton

Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing Motion To Dismiss with the Court via the CM/ECF system, which notices all interested parties, including the debtor's attorney, using the CM/ECF system. I have also mailed this pleading first class to the debtor, on this date: December 07, 2016

/s/ Jan Hamilton
Chapter 13 Trustee

223/DB

Roberta Ann Skaggs
227 N Kansas
Benton, KS 67017